UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWIGHT WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:09CV00009 ERW |
| ) | |
| JILL PERKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time [doc. #17] is **GRANTED**. Defendants shall file their response to Plaintiff's Complaint no later than **July 27, 2009**.

Dated this 30th Day of June, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE