# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### NORTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT WHEELER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | Case No.   2:09CV00009 ERW |
| | ) | |
| JILL PERKINS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel [doc. #4]. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Christian L. Faiella, Tatlow and Gump, 110 N. Fifth Street, Moberly, MO, 65270, phone 660-263-3100, fax 660-263-0660, is appointed to represent Plaintiff in this matter. The Clerk of the Court shall provide Plaintiff's newly-appointed counsel with a complete copy of the court file upon request at no cost.

Dated this 30th day of July , 2009.

_____
E. Richard Webber
United States District Judge