UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWIGHT WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:09CV00009 ERW |
| ) | |
| JILL PERKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the *in camera* review of documents submitted in response to the Court's March 3, 2010 Order.

On January 25, 2010, this Court issued an Order requiring Defendants to provide Plaintiff with the "identification of all persons known by personnel of CMS to have requested, through grievance procedures or otherwise, treatment for Hepatitis C, and to have been denied any form of treatment for that disease." (Order, doc. #33, p.2). Defendants subsequently filed a Motion to Reconsider [doc. #36], in regard to the Court's January 25, 2010 decision. In an Order dated March 3, 2010, this Court rejected Defendants' argument that the production ordered was unduly burdensome, but noted that Defendants had valid concerns regarding the disclosure of protected medical information. Thus, the Court ordered Defendants to submit all documents and materials that they would have to give to Plaintiff under the January 25, 2010 Order, for an *in camera* review. Defendants submitted the documents and materials as required, and the Court has conducted its review.

The Court concludes that Defendants shall be required to turn the documents and materials that were submitted to the Court over to Plaintiff. However, before doing so, Defendants shall redact all identifying information, and replace each of the inmate names with a number. After completing the redactions and turning the documents over to Plaintiff's attorneys, the documents shall remain highly confidential, and shall be marked for attorneys' eyes only.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Reconsider the Court's January 25, 2010 Order on Plaintiff's Request for the Production of Documents Nos. 7 and 9 [doc. #36] is **GRANTED**, **in part**, and **DENIED**, **in part**, as set forth above.

Dated this 29th Day of April, 2010.

*E. Richard Webber* (signature)
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE